McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRETT V. MYERS,<br><br>　　　　Defendant. | 1:08-cv-00260-AWI-SMS<br><br>**JUDGMENT UPON STIPULATION FOR ENTRY OF JUDGMENT** |

   Pursuant to the stipulation of the parties, filed June 2, 2008, the Court enters judgment in the above-entitled action in favor of Plaintiff United States of America and against Defendant Brett V. Myers in the amount of $109,161.70.  Each party shall bear its/his own attorney fees and costs.  The court retains jurisdiction to enforce the stipulation.

IT IS SO ORDERED.

**Dated:   June 2, 2008**                         **/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE